| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Florida ▼ |
| Case number (If known): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**   Lucrezia Trocchia de Risi

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___

☐ Other _____. Describe identifier _____.

For individual debtors:

☐ Social Security number:  xxx – xx– ___ ___ ___ ___

☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – ___ ___ ___ ___

☑ Other  41-2007598          . Describe identifier  Canadian Estate Number    .

**3. Name of foreign representative(s)**   Ronald Gagnon, Deloitte Restructuring, Inc.

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**   In the Matter of the Proposal of Giuseppe de Risi and Lucrezia Trocchia de Risi

**5. Nature of the foreign proceeding**

Check one:
☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____
_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

Debtor  **Giuseppi de Risi**
        Name

Case number (if known) _____

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Canada

Debtor's registered office:

8940 Claudel
Number   Street

_____
P.O. Box

Montreal                        QC
City      State/Province/Region    ZIP/Postal Code

Canada                     H1R 3K4
Country

Individual debtor's habitual residence:

8940 Claudel
Number   Street

_____
P.O. Box

Montreal                        QC
City      State/Province/Region    ZIP/Postal Code

Canada            H1R 3K4
Country

Address of foreign representative(s):

4605-A, boul. Lapiniere, bureau 200
Number   Street

_____
P.O. Box

Brossard                        QC
City      State/Province/Region    ZIP/Postal Code

Canada            J4Z 3T5
Country

**10. Debtor's website (URL)**   N/A

**11. Type of debtor**

Check one:

☐ Non-individual (check one):

　☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

　☐ Partnership

　☐ Other. Specify: _____

☑ Individual

Debtor  Giuseppi de Risi
        Name

Case number (if known) _____

12. **Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
Debtor owns real estate in Broward which Trustee wishes to sell.

13. **Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ /S/ Ronald Gagnon                          Ronald Gagnon
Signature of foreign representative          Printed name

Executed on  10/28/2016
             MM / DD / YYYY

✘ _____           _____
Signature of foreign representative          Printed name

Executed on _____
            MM / DD / YYYY

14. **Signature of attorney**

✘ [signature]                                Date  10/28/2016
Signature of Attorney for foreign representative   MM / DD / YYYY

Dean J. Trantalis
Printed name

Trantalis & Associates
Firm name

2301 Wilton Drive, Ste. C1-A
Number    Street

Wilton Manors                                FL         33305
City                                         State      ZIP Code

_____           _____
Contact phone                                Email address


_____           _____
Bar number                                   State

---

| | |
|---|---|
| Industry Canada | Industrie Canada |
| Office of the Superintendent of Bankruptcy Canada | Bureau du surintendant des faillites Canada |

District of: Québec
Division No.: 01 - Montreal
Court No.: 500-11-048917-153
Estate No.: 41-2007598

In the Matter of the Bankruptcy of:

**Lucrezia TROCCHIA DE RISI**
Debtor

**DELOITTE RESTRUCTURING INC/RESTRUCTURATION DELOITT**
Trustee

Ordinary Administration

| | |
|---|---|
| Date of bankruptcy: July 09, 2015 | Security: $0.00 |
| Meeting of creditors: | |
| Chair: | Designated person: Lucrezia TROCCHIA DE RISI |

### CERTIFICATE OF ASSIGNMENT - Paragraph 57(*b.1*) of the Act

I, the undersigned, official receiver in and for this bankruptcy district, do hereby certify that:
- a proposal in respect of the aforenamed debtor was filed under section 62 of the *Bankruptcy and Insolvency Act*;
- the creditors, at a meeting held to consider the proposal, refused to accept the proposal and the debtor is thereupon deemed to have made an assignment.

The said trustee is required:
- to provide to me, without delay, security in the aforementioned amount;
- to send to all creditors, within five days after the date of the trustee's appointment, a notice of the bankruptcy; and
- when applicable, to call in the prescribed manner a first meeting of creditors, to be held immediately following the meeting held to consider the proposal or at the aforementioned time and place or at any other time and place that may be later requested by the official receiver.

Date: July 22, 2015

E-File/Dépôt Electronique

Official Receiver

Sun Life Building, 1155 Metcalfe Street, Suite 950, Montréal, Québec, Canada, H3B2V6, (877)376-9902

Canada

PROVINCE DE QUÉBEC
DISTRICT DE MONTRÉAL         C O U R   S U P E R I E U R E
NO: 500-11-048916-155           "Division commerciale"
    500-11-048917-153
    41-2007597-98

Dans l'affaire de la **PROPOSITION** de:
In the matter of the **PROPOSAL** of:

**GIUSEPPE DE RISI ET LUCREZIA TROCCHIA DE RISI**, tous deux retraités, tous deux résidant au 8940 Claudel, Montréal, Québec. H1R 3K4.

### AVIS AUX CREANCIERS DE LA PROPOSITION

**AVIS** est par les présentes donné que les susdits débiteurs ont déposé, le 19e jour de juin 2015, une proposition entre mes mains, en vertu de la Loi sur la Faillite et l'Insolvabilité.

Ci-inclus, une copie de la proposition du débiteur, son actif et son passif, ainsi qu'une liste de créanciers visés par la proposition.

Il sera tenu une assemblée générale des créanciers du débiteur le 9 juillet 2015 à 11:00 heures A.M., au bureau du syndic, 4333 Ste-Catherine Ouest, Bureau 420, Montréal, Québec.

Les créanciers ou toute catégorie de créanciers ayant droit de voter à l'assemblée peuvent, au moyen d'une résolution spéciale, accepter la proposition faite par le débiteur soit telle que faite ou telle que changée ou modifiée à l'assemblée. Si la proposition est ainsi acceptée et si elle est approuvée par le Tribunal, elle deviendra obligatoire pour tous les créanciers ou pour la catégorie de créanciers visés.

Les preuves de réclamation, les procurations et les formules de vote dont l'usage est projeté à l'assemblée doivent être au préalable déposées entre nos mains.

### NOTICE TO CREDITORS OF THE PROPOSAL

**NOTICE** is hereby given that the above named debtors has lodged with me, on June 19th 2015 a proposal under the Bankruptcy Act.

A copy of the debtor's proposal, their assets and liabilities and a list of creditors affected by the proposal are enclosed.

.../2

A general meeting of the creditors of the debtor will be held on July 9th, 2015 at 11:00 A.M., at the Office of the trustee, 4333 Ste-Catherine West, Suite 420, Montreal, Quebec.

The creditors or any class of creditors qualified to vote at the meeting may, by special resolution, accept the proposal made by the debtor either as made or as altered or modified at the meeting. If so accepted and if approved by the Court, the proposal is binding on all the creditors or the class of creditors affected. Proofs of claim, proxies and voting letters intended to be used at the meeting must be lodged with me prior thereto.

        MONTREAL, ce 22e jour de juin 2015.
        MONTREAL, this 22nd day of June 2015.

                DRUKER & ASSOCIES INC.
                  Syndic-trustee

PROVINCE OF QUEBEC  
DISTRICT OF MONTREAL  
NO:  
SUPER NO:

S U P E R I O R    C O U R T  
"Commercial Division"

---

IN THE MATTER OF THE PROPOSAL OF:

**GIUSEPPE DE RISI AND LUCREZIA TROCCHIA DE RISI**, both retired, both residing at 8940 Claudel, Montreal, Quebec. H1R 3K4.

Debtors

---

## PROPOSAL

We, the undersigned, **GUISEPPE DE RISI AND LUCREZIA TROCCHIA DE RISI**, the debtors mentioned therein, hereby submit the following proposal to our creditors, under the Bankruptcy and Insolvency Act, in that:

1. **THAT** payment of the claims of the secured creditors shall be made in the following manner:

    The secured creditors will be paid in accordance with existing contracts or as may otherwise arranged with the secured creditors.

2. **THAT** payment in priority to all other claims, of all claims directed by the said Act to be so paid in the distribution of the property of the Debtor shall be provided for as follows:

    Not applicable.

3. **THAT** provision for payment of all proper fees, expenses, liabilities and obligations of the trustee's including advice to the debtor and/or counseling in connection therewith, shall be made as follows:

    The fees and expenses referred to above will be $5,000.00 and will be paid outside of the proposal by a third party.

4. **THAT** provision for payment of all claims of the Unsecured Creditors, shall be made as follows:

    The trustee received the sum of $2,500.00 at time of the deposit of the proposal.

.../2

>The sum of $40,000.00, representing the equity in the immovable property and the value of the vehicles, to be paid by a third party thirty (30) days following the ratification of the proposal by the Court.
>
>The unsecured creditors would receive a dividend of $42,500.00.
>
>The trustee will make only one distribution thirty (30) days after the ratification of the proposal by the Court.

5. **THAT** DRUKER & ASSOCIES INC., licensed trustee of Montreal, shall be the Trustee under this proposal and that all monies payable under the proposal shall be paid over to the Trustee who shall make the payments of the dividends, the whole in accordance with the terms of the Proposal.

6. **THAT** a creditors' commitee be appointed amongst the creditors present at the general meeting of creditors in order to assist the trustee in the general administration of the estate. Said creditors' commitee shall have the power, *inter alia* to waive any default in the performance of any provision of the proposal.

MONTREAL, this 19th day of June 2015.

_____  
WITNESS

_____  
**GIUSEPPE DE RISI AND**  
**LUCREZIA TROCCHIA DE RISI**

```
PROVINCE OF QUEBEC                    S U P E R I O R  C O U R T
DISTRICT OF MONTREAL                     "Commercial Division"
NO: 500-11-048916-155
    500-11-048917-153
SUPERINT: 41-2007597-98
```

In the matter of the PROPOSAL of:

**GIUSEPPE DE RISI AND LUCREZIA TROCCIA DE RISI**, both retired, both residing at 8940 Claudel, Montreal, Québec. H1R 3K4.

                Debtors

- and -

**DRUKER & ASSOCIÉS INC.**

                Trustee

**TRUSTEE'S REPORT ON THE PROPOSAL**
<u>Article 50(10)b) of the Bankruptcy and Insolvency Act</u>

## 1. BACKGROUND

The debtors filed a proposal on June 19th 2015.

On June 22nd 2015, we mailed to all the creditors, as per attached list, to the Superintendent of Bankruptcy and to the debtors, notice of the general meeting of creditors fixed for July 9th, 2015 at 11:00 A.M., at the office of the trustee, 4333 St. Catherine St. West, Suite 420, Montreal, Quebec.

## 2. FINANCIAL INFORMATION

### A. THE ASSETS

The debtors declared the following assets as at June 19th 2015:

|  | BOOK VALUE | TO REALIZE |
|---|---|---|
| -Initial deposit | $ 2,500.00 | $ 2,500.00 |
| -Household furniture | 5,000.00 | 0.00 |
| -RRSP – Group Investors (Mr.) | 58,000.00 | 0.00 |
| -RRSP – Group Investors (Mrs.) | 17,000.00 | 0.00 |
| -RRSP – National Bank (Mr.) | 136,000.00 | 0.00 |
| -RRSP – National Bank (Mrs.) | 135,000.00 | 0.00 |
| -Immovable property located at 8940 Claudel, Montreal | 600,000.00 | 0.00 |

                                                                                                                                                       .../2

GIUSEPPE DE RISI AND LUCREZIA TROCCHIA DE RISI

Trustee's report to creditors (cont'd)

| | | |
|---|---:|---:|
| -Condominium located at 3591 Environ Blvd., Fort Lauderdale Florida, US | 33,000.00 | 0.00 |
| -2004 Lexus (Mr.) | 8,000.00 | 0.00 |
| -2002 BMW 325 (Mrs.) | 3,000.00 | 0.00 |
| -50% of the shares of "2740-9895 Quebec Inc." (bankrupt) | 1.00 | 0.00 |
| -50% of the shares of "9121-4296 Quebec Inc." | 1.00 | 0.00 |
| -50% of the shares of "9150-3979 Quebec Inc." | 1.00 | 0.00 |
| -50% of the shares of "9150-3961 Quebec Inc." | 1.00 | 0.00 |
| -50% of the shares of "9199-0333 Quebec Inc." (bankrupt) | 1.00 | 0.00 |
| | $997,505.00 | $ 2,500.00 |

**B. THE CREDITORS**

The debtors declared unsecured creditors of $2,662,621.68.

The property located at 8940 Claudel, Montreal, Quebec is subject to a mortgage in favor of National Bank of Canada and the property located at 3591 Environ Blvd., Fort Lauderdale, Florida is subject to a mortgage in favor of M & M Private Lending Group.

**3. PREFERENCES OR TRANSFERS AT UNDERVALUE**

We have no information which would lead us to conclude the existence of preferences and/or transfers at undervalue.

**4. CAUSES OF INSOLVENCY**

The debtors attributes the causes of their financial difficulties to the following:

.../3

GIUSEPPE DE RISI AND LUCREZIA TROCCHIA DE RISI

Trustee's report to creditors (cont'd)

Personal guarantees for company's liabilities;
Unable to honor their obligations.

## 5. CONSEQUENCES OF NON ACCEPTANCE OF THE PROPOSAL

Should the creditors not accept the proposal, the debtors will be deemed to have filed an assignment in bankruptcy.

## 6. TRUSTEE'S RECOMMENDATION ON THE PROPOSAL

We recommend the acceptance of this proposal.

The creditors would receive their dividends, which represents the equity in the immovable property and the value of the vehicles, within a shorter period of time in the context of this proposal then in the context of a bankruptcy.

## 7. TRUSTEE'S FEES

The trustee's fees will be $5,000.00 and will be paid outside of the proposal by a third party.

MONTREAL, this June 2nd 2015.

MAX B. DRUKER, CPA
DRUKER & ASSOCIÉS INC.
Trustee

District of
Division No.
Court No.
Estate No.

-- FORM 79 --
Statement of Affairs (Proposal made by an individual)
(Subsection 49(2) and 158(d) of the Act / Subsections 50(2) and 62(1) and Paragraph 66.13(2)(d) of the Act)

[x] Original    [ ] Amended

In the matter of the proposal of
Giuseppe DE RISI and Lucrezia TROCCHIA DE RISI
(Retired / Retired)
of the city of Montreal, in the Province of Quebec

| ASSETS | | | | | | |
|---|---|---|---|---|---|---|
| Type of assets | Description (Provide details) | Estimated Dollar Value | Exempt Property Yes | Exempt Property No | Secured Amount/ Liens | Estimated net realizable dollar value |
| 1. Cash on Hand | Initial deposit | 2,500.00 | | x | 0.00 | 2,500.00 |
| 2. Furniture | Household furniture | 5,000.00 | x | | 0.00 | 0.00 |
| 3. Personal Effects | | | | | | |
| 4. Policies & RRSPs | RRSP - Groupe Investors (Mr.) | 58,000.00 | x | | 0.00 | 0.00 |
| | RRSP - Group Investors (Mrs.) | 17,000.00 | x | | 0.00 | 0.00 |
| | RRSP - National Bank (Mr.) | 136,000.00 | x | | 0.00 | 0.00 |
| | RRSP - National Bank (Mrs.) | 135,000.00 | x | | 0.00 | 0.00 |
| 5. Securities | | | | | | |
| 6. Real Property or Immovable    House | Immovable property located at 8940 Claudel, Montreal, Quebec | 600,000.00 | | x | 570,000.00 | 0.00 |
| | Condominium located at 3591 Environ Blvd., Fort Lauderdale, Florida, US | 33,000.00 | | x | 33,000.00 | 0.00 |
| Cottage | | | | | | |
| Land | | | | | | |
| 7. Motor Vehicles    Automobile | 2004 Lexus (Mr.) | 8,000.00 | x | | 0.00 | 0.00 |
| | 2002 BMW 325 (Mrs.) | 3,000.00 | x | | 0.00 | 0.00 |
| Motorcycle | | | | | | |
| Snowmobile | | | | | | |
| Other | | | | | | |
| 8. Recreational Equipment | | | | | | |
| 9. Taxes | | | | | | |
| 10. Other    Other | 50% of the shares of "2740-9895 Quebec Inc." (bankrupt) | 1.00 | | x | 0.00 | 0.00 |
| | 50% of the shares of "9121-4296 Quebec Inc." | 1.00 | | x | 0.00 | 0.00 |
| | 50% of the shares of "9150-3979 Quebec Inc." | 1.00 | | x | 0.00 | 0.00 |

19-Jun-2015
Date

_Trocchia De Risi_
Lucrezia TROCCHIA DE RISI

_signature_
Giuseppe DE RISI
Debtor

Page 1 of 6

FORM 79 – Continued

| Type of assets | | Description (Provide details) | Estimated Dollar Value | Exempt Property | | Secured Amount/ Liens | Estimated net realizable dollar value |
|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | |
| 10. Other | Other | 50% of the shares of "9150-3961 Quebec Inc." | 1.00 | | x | 0.00 | 0.00 |
| | | 50% of the shares of "9199-0333 Quebec Inc." (bankrupt) | 1.00 | | x | 0.00 | 0.00 |
| | | **TOTAL** | 997,505.00 | | | 603,000.00 | 2,500.00 |

19-Jun-2015
Date

Lucrezia TROCCHIA DE RISI

Giuseppe DE RISI
Debtor

Page 2 of 6

District of
Division No.
Court No.
Estate No.

FORM 79 -- Continued

| | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Liabilities type code (LTC): | 1 Real Property or Immovable Mortgage or Hypothec<br>2 Bank Loans (except real property mortgage)<br>3 Finance Company Loans<br>4 Credit Cards Bank/Trust Companies Issuers | | 5 Credit Cards Other Issuers<br>6 Taxes Federal/Provincial/Municipal<br>7 Student Loans<br>8 Loans from Individuals<br>9 Other | | | |

| Creditor | Address including postal code | Account No. | Amount of debt | | | Enter LTC |
|---|---|---|---|---|---|---|
| | | | Unsecured | Secured | Preferred | |
| AdvanceIT Financial Corporation<br>Attn: Me Solomon Ross Fischhoff | 1000 Finch Ave. West, Suite 600,<br>Toronto ON M3J 2V5 | (2) | 236,660.96 | 0.00 | 0.00 | 9 |
| Agence du Revenu du Canada<br>Attn: Centre d'arrivage en insolvabilité(CARI) | 25 rue des Forges, # 111<br>Trois-Rivières QC G9A 2G4 | (Mr.) | 0.00 | 0.00 | 0.00 | 6 |
| Agence du Revenu du Canada<br>Attn: Centre d'arrivage en insolvabilité(CARI) | 25 rue des Forges, # 111<br>Trois-Rivières QC G9A 2G4 | (Mrs.) | 0.00 | 0.00 | 0.00 | 6 |
| Banque Nationale du Canada | c/o FCT Solutions de Recouvrements<br>C.P. 2514, Succ. B<br>London ON N6A 4G9 | | 0.00 | 570,000.00 | 0.00 | 1 |
| Loblaws Inc.<br>Attn: Me Martin Bergeron | 1000 de la Gauchetière West,<br>Suite 2900,<br>Montreal QC H3B 4W5 | 33370-610 (Mr.) | 1,425,960.72 | 0.00 | 0.00 | 9 |
| Loblaws Inc.<br>Attn: Me Martin Bergeron | 1000 de la Gauchetière West,<br>Suite 2900,<br>Montreal QC H3B 4W5 | 33370-610 (Mrs.) | 50,000.00 | 0.00 | 0.00 | 9 |
| M & M Private Lending Group | 12550 Biscayne Blvd., Suite 602,<br>North Miami, FL 33181 USA | | 0.00 | 33,000.00 | 0.00 | 1 |
| Ministère du Revenu du Québec<br>Attn: Secteur des faillites R23CPF | 1600, boul. René-Lévesque Ouest,<br>3e étage,<br>Montréal QC H3H 2V2 | (Mr.) | 0.00 | 0.00 | 0.00 | 6 |
| Ministère du Revenu du Québec<br>Attn: Secteur des faillites R23CPF | 1600, boul. René-Lévesque Ouest,<br>3e étage,<br>Montréal QC H3H 2V2 | (Mrs.) | 0.00 | 0.00 | 0.00 | 6 |
| National Bank of Canada<br>Attn: Me François Viau | 1, Place Ville-Marie, Suite 3700<br>Montreal QC H3B 3P4 | L33960266 (2) | 950,000.00 | 0.00 | 0.00 | 9 |
| | TOTAL | Unsecured | 2,662,621.68 | | | |
| | TOTAL | Secured | | 603,000.00 | | |
| | TOTAL | Preferred | | | 0.00 | |
| | | | | | TOTAL | 3,265,621.68 |

**Pledged Assets**

19-Jun-2015
Date

_signature_
Lucrezia TROCCHIA DE RISI
Joint Debtor

_signature_
Giuseppe DE RISI
Debtor

Page 3 of 6

District of
Division No.
Court No.
Estate No.

FORM 79 -- Continued

| Pledged Assets |||
|---|---|---|
| Creditor | Rank | Asset |
| Banque Nationale du Canada | 1 | Real Property or Immovable - House - Immovable property located at 8940 Claudel, Montreal, Quebec |
| M & M Private Lending Group | 1 | Real Property or Immovable - House - Condominium located at 3591 Environ Blvd., Fort Lauderdale, Florida, US |

| | | |
|---|---|---|
| 19-Jun-2015 | _[signature]_ | _[signature]_ |
| Date | Lucrezia TROCCHIA DE RISI<br>Joint Debtor | Giuseppe DE RISI<br>Debtor |

District of
Division No.
Court No.
Estate No.

FORM 79 — Continued

| INFORMATION RELATING TO THE AFFAIRS OF THE DEBTOR ||||
|---|---|---|---|
| **A. PERSONAL DATA** ||||
| 1. Family name: DE RISI | Given names: Giuseppe  Gender: Male || Date of birth: YYYY / MM / DD  1945/07/02 |
| 2. Also known as: ||||
| 3. Complete address, including postal code:  8940 Claudel  Montreal QC H1R 3K4 ||||
| 4. Marital status:  (Specify month and year of event if it occurred in the last five years) ||| Married |
| 5. Full name of spouse or common-law partner: Lucrezia TROCCHIA DE RISI ||||
| 6. Name of present employer:  Not applicable || Occupation:  Retired ||
| 1. Family name: DE RISI | Given names: Lucrezia TROCCHIA  Gender: Female || Date of birth: YYYY / MM / DD  1946/04/02 |
| 2. Also known as: ||||
| 3. Complete address, including postal code:  8940 Claudel  Montreal QC H1R 3K4 ||||
| 4. Marital status:  (Specify month and year of event if it occurred in the last five years) ||| Married |
| 5. Full name of spouse or common-law partner: Giuseppe DE RISI ||||
| 6. Name of present employer:  Not applicable || Occupation:  Retired ||
| 7A. Number of persons in household family unit, including debtors: ||| 2 |
| 7B. Number of persons 17 years of age or less: ||| 0 |
| 8. Have you operated a business within the last five years? ||| No |
| Business Name || Business Type | From        To |
| **B. WITHIN THE 12 MONTHS PRIOR TO THE DATE OF THE INITIAL BANKRUPTCY EVENT, HAVE YOU, EITHER IN CANADA OR ELSEWHERE:** ||||
| 9A. Sold or disposed of any of your property? ||| No |
| 9B. Made payments in excess of the regular payments to creditors? ||| No |
| 9C. Had any property seized by a creditor? ||| No |
| **C. WITHIN FIVE YEARS PRIOR TO THE DATE OF THE INITIAL BANKRUPTCY EVENT, HAVE YOU, EITHER IN CANADA OR ELSEWHERE:** ||||
| 10A. Sold or disposed of any property? ||| No |
| 10B. Made any gifts to relatives or others in excess of $500? ||| No |
| **D. BUDGET INFORMATION:** Attach Form 65 to this Form. ||||

19-Jun-2015
Date

Lucrezia TROCCHIA DE RISI
Joint Debtor

Giuseppe DE RISI
Debtor

Page 5 of 6

District of
Division No.
Court No.
Estate No.

FORM 79 -- Concluded

| | |
|---|---|
| 11A. Have you ever made a proposal under the Bankruptcy and Insolvency Act? | No |
| 11B. Have you ever been bankrupt before in Canada? | No |
| 12. Do you expect to receive any sums of money which are not related to your normal income, or any other property within the next 12 months?    No | |
| 13. If you answered Yes to any of questions 9, 10 and 12, provide details: | |
| 14. Give reasons for your financial difficulties:<br>     Personal guarantees for company's liabilities. | |

We, Giuseppe DE RISI and Lucrezia TROCCHIA DE RISI of the city of Montreal in the Province of Quebec, do swear (or solemnly declare) that this statement is, to the best of our knowledge, a full, true and complete statement of our affairs on the 19th day of June 2015, and fully discloses all property and transactions of every description that is or was in our possession or that may devolve on us in accordance with the Bankruptcy and Insolvency Act.

SWORN (or SOLEMNLY DECLARED)
before me at the city of Montréal in the Province of Quebec,
on this 19th day of June 2015.

Monique Surprenant, Commissioner of Oaths
For the Province of Quebec
Expires Sep. 28, 2016

*[Seal: MONIQUE SURPRENANT # 117 106, Commissaire à l'assermentation, Pour le Québec]*

19-Jun-2015
Date

Lucrezia TROCCHIA DE RISI
Joint Debtor

Giuseppe DE RISI
Debtor

Page 6 of 6

District of
Division No.
Court No.
Estate No.

### - FORM 65 -
### Monthly Income and Expense Statement of the Debtor and the Family Unit and Information (or Amended Information) Concerning the Financial Situation of the Individual Debtor
### (Section 68 and Subsection 102(3) of the Act; Rule 105(4))

[X] Original    [ ] Amended

In the matter of the proposal of
Giuseppe DE RISI and Lucrezia TROCCHIA DE RISI
(Retired / Retired)
of the city of Montreal, in the Province of Quebec

Information concerning the monthly income and expense statement of the debtor and the family unit, the financial situation of the debtor and the debtor's obligation to make payments required under section 68 of the Act to the estate of the debtor are as follows:

| MONTHLY INCOME | Debtor | Spouse | Others | Total |
|---|---|---|---|---|
| Net employment income | 0.00 | 0.00 | 0.00 | |
| Net pension/Annuities | 1,725.38 | 1,282.18 | 0.00 | |
| Net child support | 0.00 | 0.00 | 0.00 | |
| Net spousal support | 0.00 | 0.00 | 0.00 | |
| Net employment insurance benefits | 0.00 | 0.00 | 0.00 | |
| Net social assistance | 0.00 | 0.00 | 0.00 | |
| Self-employment income Gross 0.00 Net | 0.00 | 0.00 | 0.00 | |
| Child tax benefit | 0.00 | 0.00 | 0.00 | |
| Other net income | 0.00 | 0.00 | 0.00 | |
| TOTAL MONTHLY INCOME | 1,725.38 (1) | 1,282.18 (2)* | 0.00 (2)* | |
| TOTAL MONTHLY INCOME OF THE FAMILY UNIT ((1) + (2)) | | | | 3,007.56 (3) |

| MONTHLY NON-DISCRETIONARY EXPENSES | Debtor | Spouse | Others | Total |
|---|---|---|---|---|
| Child support payments | 0.00 | 0.00 | 0.00 | |
| Spousal support payments | 0.00 | 0.00 | 0.00 | |
| Child care | 0.00 | 0.00 | 0.00 | |
| Medical condition expenses | 0.00 | 0.00 | 0.00 | |
| Fines/penalties imposed by the Court | 0.00 | 0.00 | 0.00 | |
| Expenses as a condition of employment | 0.00 | 0.00 | 0.00 | |
| Debts where stay has been lifted | 0.00 | 0.00 | 0.00 | |
| Other expenses | 0.00 | 0.00 | 0.00 | |
| TOTAL MONTHLY NON-DISCRETIONARY EXPENSES | 0.00 (4) | 0.00 (5) | 0.00 (5) | |
| TOTAL MONTHLY NON-DISCRETIONARY EXPENSES OF THE FAMILY UNIT ((4) + (5)) | | | | 0.00 (6) |
| AVAILABLE MONTHLY INCOME OF THE DEBTOR ((1) - (4)) | 3,007.56 (7) | | | |
| AVAILABLE MONTHLY INCOME OF THE FAMILY UNIT ((3) - (6)) | | | | 3,007.56 (8) |
| DEBTOR'S PORTION OF THE AVAILABLE MONTHLY INCOME OF THE FAMILY UNIT | | | | 100.00 % (9) |

District of
Division No.
Court No.
Estate No.

- FORM 65 -
Monthly Income and Expense Statement of the Debtor and the Family Unit
and Information (or Amended Information) Concerning
the Financial Situation of the Individual Debtor
(Section 68 and Subsection 102(3) of the Act; Rule 105(4))

[x] Original     [ ] Amended

In the matter of the proposal of
Giuseppe DE RISI and Lucrezia TROCCHIA DE RISI
(Retired / Retired)
of the city of Montreal, in the Province of Quebec

Information concerning the monthly income and expense statement of the debtor and the family unit, the financial situation of the debtor and the debtor's obligation to make payments required under section 68 of the Act to the estate of the debtor are as follows:

| MONTHLY INCOME | Debtor | Spouse | Others | Total |
|---|---|---|---|---|
| Net employment income | 0.00 | 0.00 | 0.00 | |
| Net pension/Annuities | 1,725.38 | 1,282.18 | 0.00 | |
| Net child support | 0.00 | 0.00 | 0.00 | |
| Net spousal support | 0.00 | 0.00 | 0.00 | |
| Net employment insurance benefits | 0.00 | 0.00 | 0.00 | |
| Net social assistance | 0.00 | 0.00 | 0.00 | |
| Self-employment income Gross 0.00 Net | 0.00 | 0.00 | 0.00 | |
| Child tax benefit | 0.00 | 0.00 | 0.00 | |
| Other net income | 0.00 | 0.00 | 0.00 | |
| TOTAL MONTHLY INCOME | 1,725.38 (1) | 1,282.18 (2)* | 0.00 (2)* | |
| TOTAL MONTHLY INCOME OF THE FAMILY UNIT ((1) + (2)) | | | | 3,007.56 (3) |

| MONTHLY NON- DISCRETIONARY EXPENSES | | | | |
|---|---|---|---|---|
| Child support payments | 0.00 | 0.00 | 0.00 | |
| Spousal support payments | 0.00 | 0.00 | 0.00 | |
| Child care | 0.00 | 0.00 | 0.00 | |
| Medical condition expenses | 0.00 | 0.00 | 0.00 | |
| Fines/penalties imposed by the Court | 0.00 | 0.00 | 0.00 | |
| Expenses as a condition of employment | 0.00 | 0.00 | 0.00 | |
| Debts where stay has been lifted | 0.00 | 0.00 | 0.00 | |
| Other expenses | 0.00 | 0.00 | 0.00 | |
| TOTAL MONTHLY NON-DISCRETIONARY EXPENSES | 0.00 (4) | 0.00 (5) | 0.00 (5) | |
| TOTAL MONTHLY NON-DISCRETIONARY EXPENSES OF THE FAMILY UNIT ((4) + (5)) | | | | 0.00 (6) |
| AVAILABLE MONTHLY INCOME OF THE DEBTOR ((1) - (4)) | 3,007.56 (7) | | | |
| AVAILABLE MONTHLY INCOME OF THE FAMILY UNIT ((3) - (6)) | | | | 3,007.56 (8) |
| DEBTOR'S PORTION OF THE AVAILABLE MONTHLY INCOME OF THE FAMILY UNIT | | | | 100.00 % (9) |

- FORM 65 — Concluded -

MONTHLY DISCRETIONARY EXPENSES: (Family unit)

**Housing expenses**

| | |
|---|---|
| Rent/mortgage/hypothec. | 2,441.00 |
| Property taxes/condo fees. | 700.00 |
| Heating/gas/oil. | 0.00 |
| Telephone. | 150.00 |
| Cable. | 0.00 |
| Hydro. | 340.00 |
| Water. | 0.00 |
| Furniture. | 0.00 |
| Other. | 0.00 |

**Personal expenses**

| | |
|---|---|
| Smoking | 0.00 |
| Alcohol. | 0.00 |
| Dining/lunches/restaurants. | 0.00 |
| Entertainment/sports. | 0.00 |
| Gifts/charitable donations. | 0.00 |
| Allowances. | 0.00 |
| Other. | 0.00 |

**Non-recoverable medical expenses**

| | |
|---|---|
| Prescriptions. | 96.00 |
| Dental. | 0.00 |
| Other. | 0.00 |

**Living expenses**

| | |
|---|---|
| Food/grocery. | 500.00 |
| Laundry/dry cleaning. | 0.00 |
| Grooming/toiletries. | 0.00 |
| Clothing. | 0.00 |
| Other. | 0.00 |

**Transportation expenses**

| | |
|---|---|
| Car lease/payments. | 0.00 |
| Repair/maintenance/gas. | 100.00 |
| Public transportation. | 0.00 |
| Other | 0.00 |

**Insurance expenses**

| | |
|---|---|
| Vehicle. | 120.00 |
| House. | 100.00 |
| Furniture/contents. | 0.00 |
| Life insurance. | 585.00 |
| Other. | 0.00 |

**Payments**

| | |
|---|---|
| Payments to the estate. | 0.00 |
| To secured creditor. | 0.00 |
| (Other than mortgage and vehicle). | 0.00 |
| Other. | 0.00 |

TOTAL MONTHLY DISCRETIONARY EXPENSES (FAMILY UNIT) ........................... 5,132.00 (10)

MONTHLY SURPLUS OR (DEFICIT) FAMILY UNIT ((8) - (10)) ........................ -2,124.44 (11)

---

Dated at the city of Montréal in the Province of Quebec, this 19th day of June 2015.

Druker & Associés Inc. - Trustee

4333 St. Catherine St. West, suite 420
Montréal QC H3Z 1P9
Phone: (514) 935-8501    Fax: (514) 935-0644

Giuseppe DE RISI

Lucrezia TROCCHIA DE RISI